# DECISIONS

## OF THE

# Supreme Court of Florida

## JUNE TERM, A. D. 1919

---

W. C. BROREIN, SUPERVISOR FOR FLORIDA DISTRICT FOR IN-
DEPENDENT TELEPHONE LINES UNDER UNITED STATES
TELEPHONE & TELEGRAPH ADMINSTRATION, *Appellant,*
*v.* STATE OF FLORIDA EX REL. FLORIDA RAILROAD COM-
MISSIONERS, *Appellee.*

Decision Filed June 14, 1919.

An Appeal from the Circuit Court for Hillsborough
County; F. M. Robles, Judge.

*Lunsford & Whitaker,* for Appellant;

*Dozier A. DeVane,* for Appellee.

PER CURIAM.—It is ordered and adjudged by the Court
that the order and decree of the Circuit Court for Hills-
borough County in this cause be reversed upon the author-
ity of the decision of the Supreme Court of the United
States rendered June 2, 1919, in the case of Dakota Cen-
tral Telephone Company et al. v. State of South Dakota
ex rel. Byron S. Payne, Attorney General, et al.

All concur.